UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

**JERRY LYNN LOUDERMILK,**
       Plaintiff,

v.

**KILOLO KIJIKAZI,**
**Acting Commissioner**
**of the Social Security**
 **Administration,**
       Defendant.

Case No. 4:22-cv-1118-CLM

## FINAL ORDER

In accordance with Federal Rule of Civil Procedure 58 and the accompanying memorandum opinion, the court **GRANTS** the Commissioner's unopposed motion for entry of judgment and remand this case to the Commissioner under sentence four of 42 U.S.C. § 405(g). (Doc. 13). The decision of the Commissioner of the Social Security Administration in the above-titled case is **REVERSED** and this case is **REMANDED** to the Commissioner.

The Commissioner has until **May 3, 2023** to respond to Plaintiff's motion for enlargement of time (doc. 12).

The court **DIRECTS** the Clerk to close this case.

**Done** and **Ordered** on April 19, 2023.

_/s/ Corey L. Maze_
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE